# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**JULIAN W. SWANTON,**<br><br>Defendant. | **VIOLATION: FCDS0018**<br>**Location Code: M7**<br><br>**ORDER** |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a total fine amount of $230 ($200 fine and a $30 processing fee) for this violation on the payment plan established by the parties. The total fine amount will be paid in full on or before May 1, 2021. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1363

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

IT IS FURTHER ORDERED that any initial appearance scheduled in the above captioned matter is VACATED.

DATED this 10th day of December 2020.

_____
John Johnston
United States Magistrate Judge

                                        copy mailed to defendant on 12/10/20